**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

REBECCA MARIE BACA,                §
                                   §
            *Plaintiff,*            §
                                   §
V.                                 §       CASE NO. 4:12cv751
                                   §       Judge Clark/Judge Mazzant
WELLS FARGO BANK, N.A., ET AL.,    §
                                   §
            *Defendants.*           §

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On May 6, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the Substitute Trustee Defendants' Second Rule 12(b)(6) Motion to Dismiss [Doc. #19] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that the Substitute Trustee Defendants' Second Rule 12(b)(6) Motion to Dismiss [Dkt. #19] is **GRANTED** and plaintiff's claims against defendants  Deac Caufield, Richard Patton, Greg Bertrand, Debbie Ryan, Mitch Jordan, Levi Jordan, Kenny Shirley,

1

Leb Kemp, Brian Burke, Buddy Thomas, Bob Dickerson, Craig Meier or Angie Meier c/o Barrett

Daffin Frappier Turner & Engel, L.L.P. are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **7**   day of **June, 2013.**

_____

Ron Clark, United States District Judge